FD-737 (5-15-87)

Seizure File #_____

# FEDERAL BUREAU OF INVESTIGATION

## INDEMNITY AGREEMENT

This agreement is made between <u>Bienvenido Perez Gonzalez, HC 05 Box 52417,</u>
<u>Caguas, PR 00725, Hector Nieves, Esq., Attorney for Mr. Perez Gonzalez</u>
    (Title and Firm Name, if Applicable)         (Address)

and the Federal Bureau of Investigation of the United States Department of Justice. This agreement is made in consideration of the return of

<u>Black 1991 Honda Accord, PR License CRK-776, VIN: 1HGCB7664MA012164</u>
(Description of Property)

registered to/owned by <u>Bienvenido Perez Gonzalez</u>
(Name and Address)

which was seized in the course of a criminal or civil investigation and for other consideration, the receipt of which is hereby acknowledged.

<u>Bienvenido Perez Gonzalez and/or Hector Nieves, Esq. Atty. for Mr. Perez</u>
(Firm or Person Involved)

being the <u>Registered Owner</u> of the
(Type of Interest)

property as evidenced by a <u>Title and/or Registration</u>
(Title, Registration, Contract, Note, Etc)

dated _____.

It is hereby agreed to unconditionally release and hold harmless the Federal Bureau of Investigation, its officers, employees and Agents, from any and all claims, demands, damages, causes of actions or suits, of whatever kind and description, and wheresoever situated, that might now exist or hereafter exist by reason of or growing out of or affecting, directly or indirectly, the seizure or the return of the above described property.

Executed this <u>29TH</u> day of <u>JUNE</u>, 20<u>00</u>.

_Bienvenido Perez Gonzalez_
Signature and Date of Person Executing

_____
Signature of Special Agent in Charge

_____
Signature of Forfeiture Assistant