FD-597 (Rev. 3-29-93)

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

Item 8

Page 1 of 1

On (date): 7/31/97

Time: 10:45 PM

(Name): MC/ Black Honda

(Street Address): PR. tag CRK-776

(City):

item(s) listed below were:
☒ Received From
☐ Returned To
☐ Released To
☐ Seized

Description of Item(s):

1 - $3,004.68 cash - (4 - 1¢ bills, 190 - $20. bills)
    (11 - nickels,5¢, 13 - 1¢)

2 - CD's  a) Laura Pausini, b) Boricua Guerrero (Th. E.P.)
    c) Minerva (dejame Soñar), d) The new prophecy (baby Rasta y gringo)
    e) Fey (Tierna la Noche), f) Shakira (Descalzados)
    g) Enrique Iglesias (Vivir).

3 - Oakley (glasses) gray bag.
4 - One pair of FILA shorts.

Received by _____ (Signature)    Received from _____ (Signature)