RECEIVED AND FILED

2005 JAN 14 PM 4: 16

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Mr. Rodolfo Landa Rivera
Reg 14838-069
Federal Bureau Prison
P.O. Box 1033
Coleman, Fla. 33521-1033

Dear Mr. Honorable Jose A. Fuste. I have received your respond dated 12-8 of 2004 your notice explained that I should send you a receipt of my number to your court on the document that you sent to the plaintiff Mr. Rodolfo Landa Rivera on this same document on this same date 12/8/ of 2004 for your information I can only send to your court what your court sent me, from Washington DC. Because of your administration clerk failure to contact the plaintiff Mr. Rodolfo Landa Rivera or respond to the plaintiff Rodolfo Landa Rivera document's in a timely manner without me sending my receipt all over again to Washington DC. United States District Court.

Washington DC sent this court all the document's that I have sent to your clerk in Puerto Rico. I have even filed motion in the United State Court of Appeal to Judge Joseph Moakley (1). Courthouse Way Suite 2500 Boston Massachusetts' 022-10 and also the plaintiff Rodolfo Landa Rivera file the same motion to the Clerk of the United States District Federal Court House 1550 Main Street Room 539 Springfield, Massachusetts Zip 01103-1422 and each one of these court have each document that I have file to your court my verification is self explanatory to the notice of your receipt because all the other court respond to me except my own state of Puerto Rico and the only receipt I can show you is the receipt from where Boston Massachusetts have sent their

RECEIVED AND FILED
2005 JAN 14 PM 4: 16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Mr. Rodolfo Landa Rivera
Reg 14838-069
Federal Bureau Prison
P.O. Box 1033
Coleman, Fla 33521-1033

Dear Mr. Honorable Jose A. Fuste. I have received your respond dated 12-8 of 2004 your notice explained that I should send you a receipt of my number to your court on the document that you sent to the plaintiff Mr. Rodolfo Landa Rivera on this same document on this same date 12/8/ of 2004 for your information I can only send to your court what your court sent me, from Washington DC. Because of your administration clerk failure to contact the plaintiff Mr. Rodolfo Landa Rivera or respond to the plaintiff Rodolfo Landa Rivera document's in a timely manner without me sending my receipt all over again to Washington DC. United States District Court.

Washington DC sent this court all the document's that I have sent to your clerk in Puerto Rico. I have even filed motion in the United State Court of Appeal to Judge Joseph Moakley (1). Courthouse Way Suite 2500 Boston Massachusetts' 022-10 and also the plaintiff Rodolfo Landa Rivera file the same motion to the Clerk of the United States District Federal Court House 1550 Main Street Room 539 Springfield, Massachusetts Zip 01103-1422 and each one of these court have each document that I have file to your court my verification is self explanatory to the notice of your receipt because all the other court respond to me except my own state of Puerto Rico and the only receipt I can show you is the receipt from where Boston Massachusetts have sent their

receipt and Washington DC. have sent their receipt now how is it that the plaintiff Rodolfo Landa Rivera is capable of sending you a receipt when your court never respond to the plaintiff Rodolfo Landa Rivera $25,000,000 dollar civil lawsuit.

Plaintiff Rodolfo Landa Rivera medical claim's Docket 04-1966 is your receipt the information I sent Washington DC. I have sent the motion to your court way before I consider sending my matter to Washington DC. and then after I did not get a respond from your court on the term's of Docket 04-cv-1966 and then your docket No. 97-110 (JAF) asking me for a receipt of my Docket 04-cv 1966 so your court can know which one of these case I'm reference too! For your notice of correct information my medical lawsuit is Docket 04-cv 1966 contact Boston Massachusetts in Springfield Federal Courthouse 1550 Main Street Room 539 or you can write Judge joseph Moakley (1) Courthouse Way Suite 2500 Boston Massachusetts 022-10. I think that Frances Rios De Moran Clerk can answer the receipt upon Docket 97-110 on this Date 12/4.1003 and I truly think according to my Docket 97-110 and Date 3/25/2002 hand signature Honorable Jose A. Fuste and receipt are relevant because obstructing justice have been committed of act with the proof of showing specially when I have sent the civil division my information and explained that the property came out of the decision of the jury and the Judge Order in Case 97-110.

Both Civil Action 03-1589-CCC was reallege in different court right after the court in Puerto Rico would not respond to the nature of both Civil cases and CCC alleged violation of the

Plaintiff Mr. Rodolfo Landa Rivera when this court designed a psychological respond when I'm challenging my two case blotting out formation of my issue inviews of my $25,000,000 dollar Civil Lawsuit when I'm talking about Case 04-CV-1966 and CCC should have been talking about 04-1966 and this is about my medical documents which Washington DC. was in reply to the state of mind. And some (how or another) she tell's me that I got to send her a hundred fifty dollar and I told her that I'm not sending a hundred and fifty dollar for my two civil action when I had a paid lawyer on case 97-110 and Marlene Hunter disobey Honorable Judge Jose A. Fuste Court Order when my lawyer Mr. Luis Rafael Rivera attorney for the Plaintiff Rodolfo Landa Rivera lawyer had know knowledge that Marlene Hunter were going to violate the (6th) Amendment and the (8th) Amendment and the (5th) Amendment and the (4th) Amendment.

My attorney Mr. Luis Rafaeal Rivera reveal in the following closing of trial that the vehicle goes back to the Plaintiff Rodolfo Landa Rivera mother Ms. Carmen Rivera and my attorney Mr. Luis Rafael Rivera contact the Judge Jose A. Fuste and argue that Defendant Marlene Hunter and the prosecutor is not complying with the bove court order that Judge Jose A. Fuste has order the Court to return the property by names of each items. There is know way that I was going to pay: hundred fifty dollar to proceed both of my case when I had a paid lawyer to represent me and never did this court settle the issue of the Honorable Jose A. Fuste and the judge CCC. would not let my case's

3

be heard without me paying a hundred fifty dollar review Docket proceeding on this Date 9/1/200 [451] Motion by Rodolfo Landa Rivera for Returned of Property Post Trial Entra Date 9/5/200 See Date 11/14/200 [464] IMG Order as to Rodolfo Landa Rivera response to Motion reset to 12/5/200 for U.S.A. for [451] for Returned of Property Post trial signed by Judge A. Fuste. Entry Date 11/14/200 review [474] response by U.S.A. as to Rodolfo Landa Rivera [451-1] Motion for Return of Property Entry Date 12/14/200 review 13/6/2002 [490] for return of seized vehicle and for attorney fees Date 3/7/2002 review these dates 3/26/2002 [491] IMG Order and [490-1] and [490-2] Motion for Attorney Fee when I had a paid lawyer for attorney fees this Court Judge Jose A. Fuste Clerk respond that this motion should be persued as a civil action signed by Judge Jose A. Fuste Entry Date 3/25/2002.

Therefore this Court should grant the plaintiff Rodolfo Landa Rivera and in the following request of this motion pending in your court which this Court Judge Jose A. Fuste should grant the plaintiff Rodolfo Landa Rivera a writ of ad-testificandum secured under the ad-pro-sequendum to the physical body being held hearing before this Judge Mr. Jose A. Fuste involving civil rights under 28 U.S.C. 1331 because venue is proper in this jurisdiction. Special in this Order 28 U.S.C. 1391(B). Even in the purpose for the use of this Federal Writ of Habeas Corpus Ad-pro-sequendum this Habeas Corpus issued by a Federal Court to State authorities and directing the production for this

purpose of Ad-testificandum. Therefore, in this respect this institution have documents that I can not have and it with take your power of authorities to get the medical receipt from this prison pursue to the Docket 04-cv 1966 medical receipts and docket's or grant the plaintiff Mr. Rodolfo Landa Rivera the venue power of Ad-pro-sequendum: notify the plaintiff Mr. Rodolfo Landa Rivera if this court will consider the plaintiff Mr. Rodolfo Landa Rivera this court transfer to show the medical results from the blood labaratory here or demand the warden to order the medical staff here to give you a copy of my medical Docket 04-cv 1966.

FCC Coleman, Florida Sumter County

Subscribed and sworn before me this
____6____ day of ____JAN____, 20__05__.
_____
Case Manager

Authorized by the Act of July 7, 1955, as amended, to administer oaths (16 USC & 4004.)

Inmate _Rodolfo Landa Rivera._

Counsel _____

Notary _____

Date _____

5